# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA RESENDIZ; JOSE RESENDIZ,<br><br>    Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; ENCORE CAPITAL GROUP, INC; DOES 1 THROUGH 20, inclusive,<br><br>    Defendants. | CASE NO. 12-CV-2187-IEG (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 7] |

Presently before the Court is the parties' joint motion to dismiss the action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). [Doc. No. 7.] For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED:** November 29, 2012

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**